B5 (Official Form 5) (12/07)

## FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Western District of Virginia | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**ZyGEM Corp.** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>**27-2946852** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**705 D. Dale Avenue**<br>**Charlottesville, VA 22903** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Charlottesville City** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) ||
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br>■ Chapter 7    ☐ Chapter 11 ||

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
■ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**VENUE**
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)
■ Full Filing Fee attached
☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS (Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor **ZyGEM Corp.**

**B5 (Official Form 5) (12/07) - Page 2**       Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X **/s/ Vernon E. Inge, Jr.**
Signature of Petitioner or Representative (State title)

**LeClairRyan, A Professional Corporation        April 10, 2013**
Name of Petitioner                                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
**Vernon E. Inge, Jr.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219**

X **/s/ Christian K. Vogel                        April 10, 2013**
Signature of Attorney                                 Date

**Christian K. Vogel**
Name of Attorney Firm (If any)

**LeClairRyan
Riverfront Plaza, 951 East Byrd Street
Richmond, VA 23219**
Address
Telephone No. **804-343-4095**

---

X **/s/ Paul Kinnon**
Signature of Petitioner or Representative (State title)

**Paul Kinnon                                     April 10, 2013**
Name of Petitioner                                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
**Paul Kinnon
335 Loma Large Drive
Solana Beach, CA 92075**

X **/s/                                           April 10, 2013**
Signature of Attorney                                 Date

Name of Attorney Firm (If any)

Address
Telephone No.

---

X **/s/ Gary Levine**
Signature of Petitioner or Representative (State title)

**Gary Levine                                     April 10, 2013**
Name of Petitioner                                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
**Gary Levine
12020 Blairmont Court
Glen Allen, VA 23059**

X **/s/                                           April 10, 2013**
Signature of Attorney                                 Date

Name of Attorney Firm (If any)

Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **LeClairRyan, A Professional Corporation<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219** | **Services Performed** | **206,843.27** |
| **Paul Kinnon<br>335 Loma Large Drive<br>Solana Beach, CA 92075** | **Employment Contract Compensation** | **1,208,613.45** |
| **Gary Levine<br>12020 Blairmont Court<br>Glen Allen, VA 23059** | **Services Performed and Loan** | **40,000.00** |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**1,560,521.54** |

**1** continuation sheets attached

Name of Debtor **ZyGEM Corp.**

**B5 (Official Form 5) (12/07) - Page 2**   Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X **/s/ Barbara Lindheim**
Signature of Petitioner or Representative (State title)

X **/s/**                                            **April 10, 2013**
Signature of Attorney                              Date

**Biocom Partners**                    **April 10, 2013**
Name of Petitioner                     Date Signed

Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
**Barbara Lindheim**
**1370 Broadway, 5th Floor**
**New York, NY 10018**

Address
Telephone No.

X **/s/ Bill Mason**
Signature of Petitioner or Representative (State title)

X **/s/**                                            **April 10, 2013**
Signature of Attorney                              Date

**Vision Resources GBP**              **April 10, 2013**
Name of Petitioner                     Date Signed

Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
**Bill Mason**
**Mill House, 37 Mill Lane**
**Stetchworth CB8 9TR**
**Newmarket, CAMBS UK**

Address
Telephone No.

X
Signature of Petitioner or Representative (State title)

X
Signature of Attorney    Date

Name of Petitioner    Date Signed

Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity

Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Biocom Partners**<br>**1370 Broadway, 5th Floor**<br>**New York, NY 10018** | **Services Performed** | **26,410.10** |
| **Vision Resources GBP**<br>**Mill House, 37 Mill Lane**<br>**Stetchworth CB8 9TR**<br>**Newmarket, CAMBS UK** | **Services Performed** | **78,654.72** |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
**1,560,521.54**

**1** of **1** continuation sheets attached