UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| ZYGEM CORPORATION, ) | Case No. 13-60776 |
| ) | |
| Debtor. ) | |
| ) | |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULES
1010 AND 7007.1 OF FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Petitioner, LeClairRyan, A Professional Corporation, states pursuant to Rules 1010 and 7007.1 of the Federal Rules of Bankruptcy Procedure that there is no privately held parent corporation or any publicly held corporation that owns more than ten (10%) per cent of the Petitioner's interests.

Dated: April 11, 2013

LECLAIRRYAN, A PROFESSIONAL
CORPORATION

By: _____
Vernon E. Inge, Jr.
Its: Vice President

-1-